# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

DIAMOND FIELDS AND GERALD
SANFORD

NO.  2019 CW 1349

VERSUS

OCHSNER MEDICAL CENTER-
KENNER, L.L.C., ET AL

**MAY 22, 2020**

In Re:   Diamond Fields and Gerald Sanford, applying for
supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 679814.

BEFORE:   McDONALD, HOLDRIDGE, AND CHUTZ, JJ.

**WRIT DENIED.**

JMM
GH
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT